Case 08-00333    Doc 52    Filed 04/10/09    Entered 04/14/09 11:18:45    Desc Main
                           Document          Page 1 of 1

08-00333:51.1:Motion to Dismiss Adversary Proceeding:Proposed Order Entered: 4/3/2009 3:28:54 PM by:Michael Huseman Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WILLIAM D. CROCKETT, ) | Bankruptcy No. 08-04676 |
| ) | Chapter 7 |
| Debtor. ) | Judge John H. Squires (Chicago) |
| ) | |
| JOSEPH DISPENSA, JR., ) | Adversary No. 08-00333 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM D. CROCKETT, ) | |
| ) | |
| Defendant. ) | |

## *AGREED ORDER*

THIS MATTER comes before the Court on the adversary complaint filed by Joseph Dispensa, Jr. Plaintiff and defendant jointly and mutually agree that all matters in dispute have been settled.

IT IS THEREFORE ORDERED THAT:

1. Judgment shall enter in favor of Joseph Dispensa, Jr. and against William D. Crockett in the amount of $126,542.28.

2. This judgment is non-dischargeable.

3. The above captioned adversary proceeding is dismissed pursuant to Federal Rule of Bankruptcy Procedure 7041.

APR 1 0 2009
_____
Date

_____
Judge Squires